The Metropolitan Sanitary District of Greater Chicago, a Municipal Corporation, Plaintiff-Appellant, v. Tim, Inc., an Illinois Corporation, Defendant-Appellee.

Gen. No. 51,643. ▮▮▮▮▮▮▮▮

First District, Third Division.

June 6, 1968.

George A. Lane, of Chicago (Fred F. Herzog, of counsel), for appellant; Thomas C. Bradley, of Chicago, for appellee. Opinion by JUSTICE SCHWARTZ. Not to be published in full.